1048

No. 71–5514. McGovern *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 71–580. Kellis *v.* United States. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–606. Collins *v.* Black, Conservation Center Superintendent. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–583. Tucker *v.* United States. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–594. Zizzo *v.* United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–613. Melancon *v.* RMK-BRJ, a Joint Venture. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5185. Kearney *v.* Fritz, Correctional Superintendent, et al. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5484. Pryor *v.* United States. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5508. Honore *v.* United States. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.